DEFENDANT: ADEBAYO FASANYA
a/k/a Richard Leo Johnston,
a/k/a James Morris,
a/k/a Laura Young,
a/k/a Amy Maine,
a/k/a Monica Brown

AGE or YOB: 1986

COMPLAINT FILED? ______ Yes ___X____ No

If Yes, MAGISTRATE CASE NUMBER______________

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes _X_ No
If No, a new warrant is required

OFFENSE(S): Count 1: Conspiracy to Commit Money Laundering
18 U.S.C. §§ 1956 (h) and 2

LOCATION OF OFFENSE: Arapahoe County, Centennial, Colorado and elsewhere

PENALTY: Count 1: NMT 20 years imprisonment, $500,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment and restitution

AGENT: John P. McGrath
Special Agent, Federal Bureau of Investigation

AUTHORIZED BY: Tim Neff
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__ five days or less; _x_ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)(2).

The statutory presumption of detention is not applicable to this defendant.