| | |
|---|---|
| DEFENDANT: | STEPHANIE GARCIA,<br>a/k/a Monica Brown |
| AGE or YOB: | 1973 |
| COMPLAINT FILED? | ______ Yes ___X____ No<br><br>If Yes, MAGISTRATE CASE NUMBER______________ |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes _X_ No
If No, a new warrant is required

| | |
|---|---|
| OFFENSE(S): | Count 1: Conspiracy to Commit Money Laundering<br>18 U.S.C. §§ 1956 (h) and 2 |
| LOCATION OF OFFENSE: | Arapahoe County, Centennial, Colorado and elsewhere |
| PENALTY: | Count 1: NMT 20 years imprisonment, $500,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment and restitution |
| AGENT: | John P. McGrath<br>Special Agent, Federal Bureau of Investigation |
| AUTHORIZED BY: | Tim Neff<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

__ five days or less; _x_ over five days

THE GOVERNMENT

_X_ will not seek detention in this case based on 18 U.S.C. § 3142(f)(2).

The statutory presumption of detention is not applicable to this defendant.